IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KATIE YOUNG**                                                                                            **PLAINTIFF**

**VS.**                                                             **CIVIL ACTION NO. 4:24-CV-10-DMB-JMV**

**NHE, INC.**                                                                                      **DEFENDANT**

**ORDER STAYING CASE**

Having reviewed the instant case, but making no comment about the merits thereof, the Court *sua sponte* finds that this case should be stayed pending a resolution of the Defendant's motion to dismiss for failure to state a claim [Doc. 8]. This Court "has 'broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined.'" *Fujita v. United States*, 416 F. App'x 400, 402 (5th Cir. 2011) (quoting *Petrus v. Bowen*, 833 F.2d 581, 583 (5th Cir. 1987)). Pursuant to Federal Rule of Civil Procedure 26(c), "the court may stay discovery for 'good cause,' such as a finding that further discovery will impose undue burden or expense without aiding the resolution of the dispositive motions." *Id.*

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending the earlier of September 30, 2024, or a ruling on the motion to dismiss for failure to state a claim. Defendant shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to dismiss and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 2nd day of May, 2024.

                                                             /s/ Jane M. Virden
                                                             **UNITED STATES MAGISTRATE JUDGE**