RECEIVED
MAY 15 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI GREENVILLE DIVISION**

**KATIE YOUNG**
**PLAINTIFF**

**VS.**

**NHE, INC.**
**DEFENDANT**

**CIVIL ACTION NUMBER** **4:24-CV-10-DMB-JMV**

**AMENDED COMPLIANT**

**I Katie Young disagree with the dismissal of my claim with the defendant. I am requesting this claim with the defendant to be moved forward in court because I was discriminated on my job due to my Religious. I know and have "THE FATHER" that sits very HIGH and looks very LOW and he knows "ABSOLUTELY EVERTHING". Everybody will be heard, and justice will be served when judgement day comes in front of "OUR FATHER".**

**According to King James Verse Bible Jeremiah Chapter 12 verse 13 They have sown wheat, but shall reap thorns: they have put themselves to pain, but shall not profit: and they shall be ashamed of your revenues because of the fierce anger of the LORD.**

**According to King James Verse Bible Jeremiah Chapter 12 verse 17 But if they will not obey, I will utterly pluck up and destroy that nation, saith the LORD.**

**According to King James Verse Bible Romans Chapter 14 verse 11-12 For it is written, As I live, saith the Lord, every knee shall bow to me, and every tongue shall confess to God. So then every one of us shall give account of himself to God.**

662-417-6168
05-15-2024

Thanks, Katie Young - 754 Scenic Drive Grenada, MS 38901