**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI GREENVILLE DIVISION**

RECEIVED
JUN 03 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**KATIE YOUNG**
**PLAINTIFF**

**VS.**

**NHE, INC.**
**DEFENDANT**

**CIVIL ACTION NUMBER 4:24-CV-10-DMB-JMV**

**AMENDED COMPLIANT**

**I Katie Young disagree with the dismissal of my claim with the defendant. I am requesting this claim with the defendant to be moved forward in court because I was discriminated on my job due to my Religious. I know and have "THE FATHER" that sits very HIGH and looks very LOW and he knows "ABSOLUTELY EVERTHING". Everybody will be heard, and justice will be served when judgement day comes in front of "OUR FATHER".**

**According to King James Verse Bible Jeremiah Chapter 2 verse 32 Can a maid forget her ornaments, or a bride her attire? yet my people have forgotten me days without number.**

**According to King James Verse Bible Jeremiah Chapter 12 verse 17 But if they will not obey, I will utterly pluck up and destroy that nation, saith the LORD.**

**According to King James Verse Bible Jeremiah Chapter 17 verse 7 Blessed is the man that trusteth in the LORD, and whose hope the LORD is.**

**According to King James Verse Bible Jeremiah Chapter 17 verse 10 I the LORD search the heart, I try the reins, even to give every man according to his ways, and according to the fruit of his doings.**

**According to King James Verse Bible Romans Chapter 14 verse 11-12 For it is written, As I live, saith the Lord, every knee shall bow to me, and every tongue shall confess to God. So then every one of us shall give account of himself to God.**

**WE MUST BE ABOUT "OUR FATHER" BUSINESSESS AT ALL TIME NO MATTER WHAT IN JESUS NAME AMEN!!!**

Thanks Katie Young

June 3, 2024

Thanks,
Katie Young

754 Scenic
Drive Grenada,
MS. 38901