**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**KATIE YOUNG** **PLAINTIFF**

**V.** **NO. 4:24-CV-10-DMB-JMV**

**NHE INC.** **DEFENDANT**

# JUDGMENT

In accordance with the "Opinion and Order" entered this day, this case is dismissed with prejudice.

**SO ORDERED**, this 8th day of August, 2024.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**